present application for leave to appeal, it is ordered that the present application be held in abeyance pending decision in those cases. *Levine & Benjamin, P. C.,* for plaintiff-appellant. *Lacey & Jones* for defendant-appellee. Reported below: *(After Remand)* 67 Mich App 106.

LEVIN, J., not participating.

PEOPLE V LIVINGSTON. (Docket No. 57949.) Request for appointment of counsel denied July 15, 1976. Richard Livingston, *in propria persona,* appellant. Reported below: 63 Mich App 129.

AUGUST 27, 1976

STATE BAR GRIEVANCE ADMINISTRATOR V SMEEKENS. (Docket No. 57261.) Rehearing denied. *Eugene N. LaBelle,* Associate Counsel, for petitioner-appellee. *Patmon, Young & Kirk, P. C.,* for respondent-appellant. Reported at 396 Mich 719.

WILLIAMS, J., not participating.

STATE BAR GRIEVANCE ADMINISTRATOR V GRUBBS. (Docket No. 56644.) Rehearing denied. *William F. Bledsoe* for respondent-appellant. Reported at 396 Mich 275.

WILLIAMS, J., not participating.

FARWELL V KEATON. (Docket No. 55696.) Rehearing denied. *Fitzgerald, Young, Peters, Bruno, Damm & Bunn* for plaintiff-appellant. *Martin, Bohall, Joselyn, Halsey, Rowe & Jamieson, P. C.,* for defendant-appellee David Siegrist. Reported at 396 Mich 281.

LINDEMER and RYAN, JJ., not participating.

LONGNECKER V NOORDYK-MOONEY, INC. (Docket No. 54958.) Rehearing denied. *Warner, Norcross & Judd* for plaintiffs-appellants. *Cholette, Perkins & Buchanan* and *Edward D. Wells* for defendants-appellees. Reported at 394 Mich 696.

PEOPLE V MILTON. (Docket No. 55466.) Leave to appeal is treated as a motion for reconsideration of this Court's order of October 16, 1974